**UNITED STATES BANKRUPTCY COURT**

Southern District of Iowa                                    RECEIPT

| Case # 12-00421 CJ | Chapter 13 | # 000011228 - CC | | |
|---|---|---|---|---|
| Filed: 02/22/12 | Des Moines | 01:51 PM, December 28, 2012 | | |
| | | Code | Qty | Amount |
| Judge: Judge Jackwig | | UC | 1 | $2310.00 |
| Trustee: Albert C. Warford | | | | |
| Debtor(s): | | | | |
| Dennis C Dickey | | | | |

TOTAL PAID: $2310.00

From: Albert C Warford
505 5th Avenue
Suite 520
Des Moines, IA 50309                                        4